The Court approves the dismissal with prejudice
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| AMAYA RIDENOUR,<br><br>   Plaintiff,<br><br>v.<br><br>BEYOND EXPECTATIONS BARBER COLLEGE, LLC,<br><br>   Defendant. | CASE NO: 5:23-cv-0864<br><br>JUDGE: JAMES S. GWIN |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by stipulation of the Parties, Beyond Expectations Barber College, LLC ("Defendant") and Plaintiff Amaya Ridenour ("Plaintiff"), hereby agree that this action be dismissed in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 5th day of October, 2023.

Respectfully submitted,

*s/ Claire I. Wade*
Claire I. Wade (0093174)
Sobel, Wade & Mapley, LLC
65 Erieview Plaza, Ste 610
Cleveland, OH 44107
(216) 223-7213
wade@swmlawfirm.com

*Attorney for Plaintiff*

Respectfully submitted,

*s/Nicholas Hanek*
Nicholas Hanek (0083578)
David Smith (0079400)
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Boulevard, Suite 600
Cleveland, Ohio 44122
216-831-0042 x 187
216-831-0542 – fax
nhanek@meyersroman.com
nhanek@meyersroman.com

*Attorneys for Defendant*